**Order entered March 10, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-01054-CV

### RETAIL SERVICES WIS CORPORATION D/B/A PRODUCT CONNECTIONS, JOHN JASON GRAMLING, NATHAN STOUT, AMANDA VILLA, KATHERINE PALMER, CASEY KING, AND JAMES ROSE, Appellants

### V.

### CROSSMARK, INC., Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05122-2020**

### ORDER
Before Chief Justice Burns, Justice Molberg, and Justice Smith

Before the Court is appellants' December 1, 2021 motion for emergency temporary relief in which appellants request we stay all trial proceedings in the underlying case, with the exception of the temporary injunction, pending resolution of the appeal. On December 2, 2020, we granted the request for a stay and ordered appellee to file any response to appellants' motion within ten days. Having

considered appellee's response and all briefing by the parties on the issue presented by the motion, we **CONTINUE THE STAY** pending final disposition of the appeal and subject to our March 4, 2021 order allowing the trial court to conduct a permanent sealing hearing.

/s/    CRAIG SMITH
        JUSTICE